

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Garrett Trucking, LLC,

\* From the 32nd District Court
of Nolan County,
Trial Court No. T-04518.

No. 11-24-00225-CV

\* November 21, 2024

Roscoe Collegiate Independent
School District,

\* Memorandum Opinion by Trotter, J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has inspected the record in this cause and concludes that the appeal should be dismissed. The court has also considered the motion filed by Roscoe Collegiate Independent School District and concludes that the motion to dismiss should be granted in part. Therefore, in accordance with this court's opinion, the appeal is dismissed. The "Motion for Summary Judgment" and "Motion for Judgment on the Pleadings" are denied. The costs incurred by reason of this appeal are taxed against Garrett Trucking, LLC.